IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

T & S SAWMILL, INC                                          PLAINTIFF

vs.                         CASE NO. 2:05CV00197GH

FLY TIMBER COMPANY, INC.                                   DEFENDANT

## ORDER

On motion of defendant, without objection, defendant shall have until September 11, 2005, to file its response to the complaint.

. IT IS SO ORDERED this 22nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE