IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

T & S SAWMILL, INC.                                                    PLAINTIFF

VS.                              NO. 2:05cv197-GH

FLY TIMBER COMPANY, INC.                                          DEFENDANT

### ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now on this day comes on the oral Motion of the Plaintiff for Dismissal of this cause of action without prejudice, and the Court being well and sufficiently advised as to all matters of fact and law, doth find that this cause should be dismissed without prejudice since the same issues are now proceeding in Fly Timber Company vs. T & S Sawmill, Inc.; United States District Court Northern District of Mississippi Western Division No. 3:05CV83-D-A.

IT IS SO ORDERED this 29th day of September, 2005.

*[signature]*
United States District Judge

APPROVED AS TO FORM:

SHARP & SHARP, P.A.
LAWYERS FOR T & S SAWMILL, INC.
P. O. BOX 552
BRINKLEY, ARKANSAS 72021

By __/s/ J. Baxter Sharp III_____
   J. Baxter Sharp III


HOLCOMB DUNBAR, P.A.
LAWYERS FOR FLY TIMBER COMPANY, INC.
P. O. DRAWER 707
OXFORD, MISSISSIPPI 38655

By _____/s/ Michael Watts_____
   Michael N. Watts